## LOT T. JANNY *versus* IGNACE ROULEAU.

JOURNAL ENTRIES (1828–30): *Journal 4:* (1) Rule to show why return not made to certiorari *p. 172; (2) cause shown *p. 173; (3) rule to join in error, continued *p. 194; (4) rule to join in error extended *p. 240; (5) rule to join in errors *p. 334; (6) motion for continuance *p. 345; (7) judgment reversed *p. 415.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) assignment of errors; (4) copy of rule to join in error, acceptance of service; (5) writ of fi. fa. for costs, return.

*1824–36 Calendar,* MS p. 139.

## IN THE MATTER OF THE ESTATE OF JOHN S. BROWN, ALIAS JOHN S. SMITH, DECEASED (AMARIAH RAWSON, APPELLANT).

JOURNAL ENTRIES (1828–29): *Journal 4:* (1) Motion for leave to enter appeal *p. 172; (2) rule to take testimony *p. 244; (3) continued *p. 336.

PAPERS IN FILE: (1) Motion for leave to enter appeal; (2) return of judge of probate, additional return; (3) affidavit and motion for additional return; (4) motion for rule to take testimony; (5) copy of rule to take testimony; depositions of Jason Cross, William Kittridge, William W. Harwood, Obed Donelson, B. J. Woodruff, and Orente Grant; deposition envelope; (6) statement of fees due judge and register of probate, receipt.

*1824–36 Calendar,* MS p. 162.

## MORRIS JACKSON, JR., *versus* DANIEL BRONSON AND LEWIS MARSH.

JOURNAL ENTRIES (1828): *Journal 4:* (1) Dismissed *p. 175.

PAPERS IN FILE: (1) Bill of complaint, fiat for writs; (2) recognizance for injunction.

*Chancery Case* 81 of 1827.

## SILAS WILLIAMS *versus* BENJAMIN WOODWORTH.

JOURNAL ENTRIES (1828): *Journal 4:* (1) Motion to take bill as confessed and to refer to master *p. 175; (2) bill taken as confessed, referred to master *p. 182; (3) continued *p. 217.

PAPERS IN FILE: (1) Bill of complaint; (2) bond for costs; (3) precipe for subpoena; (4) writ of subpoena and return; (5) copy of order of reference; (6) register's report of amount due; (7) discontinuance; (8) deed of mortgage—Benjamin Woodworth to Silas Williams.

*Chancery Case* 89 of 1827.

## JOHN McGREGOR, ADMINISTRATOR, ETC., OF DAVID DAVID, DECEASED, *versus* GABRIEL GODFROY ET AL.

JOURNAL ENTRIES (1828): *Journal 4:* (1) Death of administrator suggested *p. 175; (2) motion for substitution and for leave to amend *p. 193; (3) leave given to withdraw motion and to take papers from files "the suit having abated" *p. 201.

PAPERS IN FILE: [None]

*Chancery Case* 91 of 1827.